**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:25-cv-60901-AHS**

**PALAK AGARWAL,**
*individually and on behalf*
*of all others similarly situated,*

      **Plaintiff,**

**v.**

**TAWKIFY, INC.**

      **Defendants.**

_____/

## JOINT NOTICE OF SETTLEMENT

The Parties, by and through undersigned Counsel, submits this Joint Notice of Settlement and states that the Parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the Parties will file the appropriate dismissal documents with the Court.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: July 10, 2025


/s/ Faaris K. Uddin
**FAARIS K. UDDIN, ESQ.**
Florida Bar No.: 1054470
E-mail: faaris@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26TH Street Wilton Manors,
Florida 33305
Phone: 954-826-5019
*COUNSEL FOR PLAINTIFF*

*/s/ Artin Betpera*
Buchalter, A Professional Corporation
18400 Von Karman Avenue
Ste 800
Irvine, CA 92612
949-760-1121
Fax: 949-720-0182
Email: abetpera@buchalter.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2025, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to all counsel of

record.

*/s/* Faaris K. Uddin
**FAARIS K. UDDIN, ESQ.**
Florida Bar No.: 1054470

*COUNSEL FOR PLAINTIFF*